No. 249. LUTKINS ET AL., EXECUTORS, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Sidney W. Davidson* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 251. SIOUX TRIBE OF INDIANS OF THE LOWER BRULE RESERVATION, SOUTH DAKOTA, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Marvin J. Sonosky, Arthur Lazarus, Jr.* and *Daniel M. Singer* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 252. TOULMIN *v.* RIKE-KUMLER CO. ET AL. C. A. 6th Cir. Certiorari denied. *H. A. Toulmin, Jr.* and *Folsom E. Drummond* for petitioner. *Lawrence B. Biebel* for respondents.

No. 254. FROLICH, DOING BUSINESS AS ENCINO CHEMICALS, *v.* MILES LABORATORIES, INC. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *William T. Woodson* for respondent.

No. 255. BROS INCORPORATED *v.* BROWNING MANUFACTURING CO. ET AL. C. A. 8th Cir. Certiorari denied. *Andrew E. Carlsen* for petitioner. *Warley L. Parrott* for respondents.

No. 262. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF MORGAN ET AL. C. A. 6th Cir. Certiorari denied. *Solicitor General Cox* for petitioner. *M. R. Schlesinger* for respondents.